IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-0789-WJM-NRN

HOWARD COHAN,

    Plaintiff,

v.

URBAN COMMONS HIDH, LLC,

    Defendant.

---

## DEFAULT JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Judgment is hereby entered.

    Pursuant to the Order Granting Default Judgment [ECF 20] entered by the Honorable William J. Martínez on January 23, 2020, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Plaintiff's Motion for Entry of Default Judgment [ECF 16] is granted in part and denied in part as stated in the Order Granting Default Judgment [ECF 20]. It is further

    ORDERED that Plaintiff is awarded attorneys' fees in the amount of $975.00. It is further

    ORDERED that default judgment is hereby entered in favor of Plaintiff, Howard Cohan, and against Defendant, Urban Commons HIDH, LLC. It is further

ORDERED that Plaintiff shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 23rd day of January, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk